UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) NO.   CR-07-2029-WFN-1 |
| -vs- | ) ORDER |
| JOSE LUIS HERRERA-HERRERA, | ) |
| Defendant. | ) |

Before the Court is the Government's Motion for Order Dismissing Indictment (Ct. Rec. 26). The Court has reviewed the file and Motion and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. The Government's Motion for Order Dismissing Indictment Without Prejudice, filed June 6, 2007, **Ct. Rec. 26**, is **GRANTED**.

2. The Indictment filed March 13, 2007, **Ct. Rec. 1**, is **DISMISSED without prejudice**.

The District Court Executive is directed to file this Order; provide copies to counsel **AND TO** United States Probation Officer Stephen Krous; and **CLOSE THIS FILE**.

**DATED** this 6th day of June, 2007.

06-06

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER